UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE JIMINEZ MOREANO and MARIA JOSE LOPEZ, on behalf of themselves and all others similarly situated, | ) ) ) ) Case No. 1:11-cv-05452 |
| Plaintiffs, | ) ) The Honorable John Z. Lee ) |
| v. | ) Defendants' Status Report Regarding ) ICE Detainers and Notification to Law |
| JANET NAPOLITANO, *et al.*, in their official capacities, | ) Enforcement Agencies ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' STATUS REPORT REGARDING**
**ICE DETAINERS AND NOTIFICATION TO LAW ENFORCEMENT AGENCIES**

Pursuant to the Court's Judgment of November 28, 2016 (Dkt. No. 239), Defendants Janet Napolitano, John Morton, David C. Palmatier, and Ricardo Wong, acting in their official capacities ("Defendants"), hereby submit this Status Report regarding U.S. Immigration and Customs Enforcement ("ICE") detainers and ICE's notification to law enforcement agencies ("LEA").

On November 28, 2016, this Court issued its Judgment in this matter, in which it declared null and void immigration detainers already issued against Plaintiffs and the Plaintiff class. Judgment at ¶ 1, ECF No. 239. The Court initially stayed the judgment for 60 days. ECF No. 237. On December 27, 2016, Plaintiffs filed a Motion to Alter or Amend the Judgment under Federal Rule of Civil Procedure 59(e), ECF No. 241, which the district court denied on February 14, 2017, ECF No. 254. While awaiting ruling on Plaintiffs' Rule 59(e) motion, Defendants filed a motion to extend the stay of judgment until 60 days after the district court

issued an order on the Rule 59(e) motion. ECF 248. The district court granted Defendants' motion, thereby staying the judgment until the date of the appeal deadline, April 17, 2017. ECF No. 251. Neither side has appealed the judgment.

In its judgment, the Court ordered Defendants to "promptly provide notice to every law enforcement agency and correctional institution that may house a member of the Plaintiff class, informing the agency or institution of the judgment." Judgment at ¶ 2, ECF 239. The Court required Defendants to provide the Court with the status of their compliance with paragraph 2. *Id.* at ¶ 3. Finally, the Court permanently enjoined Defendants from issuing from the Chicago Field Office immigration detainers unless ICE meets certain requirements. *Id.* at ¶ 4.

In compliance with the Court's judgment, Defendants provide the attached declaration of ICE Enforcement and Removal Operations (ERO) Field Operations Acting Assistant Director Norman L. Parrish. *See* Attachment A, Declaration of Norman L. Parrish.

Date: April 17, 2017                               Respectfully submitted,

                                                   CHAD A. READLER
                                                   Acting Assistant Attorney General
                                                   Civil Division

                                                   WILLIAM C. PEACHEY
                                                   Director, Office of Immigration Litigation
                                                   District Court Section

                                                   COLIN A. KISOR
                                                   Deputy Director

                                                   WILLIAM SILVIS
                                                   Assistant Director

                                                   */s/ Kathleen A. Connolly*
                                                   KATHLEEN A. CONNOLLY
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Civil Division
                                                   Office of Immigration Litigation
                                                   District Court Section
                                                   P.O. Box 868, Ben Franklin Station
                                                   Washington, DC 20044
                                                   Tel: (202) 305-8627