# ATTACHMENT A

Declaration of ICE ERO Field Operations Acting Assistant Director Norman L. Parrish

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSE JIMENEZ MORENO and MARIA JOSE LOPEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, et al.,<br><br>in their official capacities<br><br>Defendants. | Case No. 1:11-CV-05452<br><br>Judge John Z. Lee |

## DECLARATION OF NORMAN L. PARRISH

I, Norman L. Parrish, state as follows:

1. I am the Unit Chief, Criminal Alien Program, Enforcement and Removal Operations (ERO), United States Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS), in Washington, D.C. Within ICE, ERO oversees programs and conducts operations to identify and apprehend removable aliens, to detain these individuals when necessary, and to remove illegal aliens from the United States. As the Acting Assistant Director for ERO Field Operations, I am responsible for overseeing ERO Field Offices nationwide, including the Chicago Field Office, which oversees the Chicago area of responsibility (AOR). The Chicago AOR includes Illinois, Indiana, Wisconsin, Kentucky, Missouri and Kansas.

2. I submit this declaration in support of the Defendants' Status Report regarding ICE's compliance with the Court's judgment in this case, and if called as a witness at trial, I would testify to the same.

3. On March 24, 2017, ICE announced on its public website its new detainer policy, ICE Policy 10074.2, "Issuance of Immigration Detainers by ICE Immigration Officers." *See* https://www.ice.gov/sites/default/files/documents/Document/2017/10074-2.pdf (last visited on April 13, 2017). The policy went into effect on April 2, 2017. The policy requires "[a]ll immigration officers must establish probable cause to believe that the subject is an alien who is removable from the United States before issuing a detainer with a federal, state, local, or tribal [law enforcement agency]." Further, "all detainers issued by ICE must be accompanied by either (1) a properly completed Form I-200 (Warrant of Arrest of Alien) signed by an authorized ICE immigration officer; or (2) a properly completed Form I-205 (Warrant of Removal/Deportation) signed by an authorized ICE immigration officer." *Id*, ¶ 2.4. The policy cites this Court's decision as the reason for implementing the warrant requirement. *See id*, Fn. 2 and ¶ 7.3. The policy applies nationwide.

4. As of April 13, 2017, ICE has canceled all 5,349 ICE detainers issued to any class members. In approximately 3,291 cases, previous class members may be subject to new ICE detainers issued with a warrant.

5. ICE is currently in the process of complying with the Court's order to provide notice as required in paragraph 2 of the Court's judgment. There are approximately 709 federal, state, and local prisons and jails throughout the Chicago AOR to notify, and ICE expects to notify them by May 15, 2017.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in Washington, D.C. this 13th day of April, 2017.

Norman L. Parrish
Unit Chief
Criminal Alien Program
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement